E. MARTIN ESTRADA
United States Attorney
THOMAS D. COKER
Assistant United States Attorney
Chief, Tax Division
ROBERT F. CONTE (Cal. Bar No. 157582)
Assistant United States Attorney
    Federal Building, Suite 7211
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-6607
    Facsimile: (213) 894-0115
    E-mail: robert.conte@usdoj.gov

Attorneys for Petitioner
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Petitioner,<br><br>    v.<br><br>KAYLOR DST SERVICES, LLC;<br><br>MICHAEL LEE KAYLOR,<br><br>    Respondents. | No. 8:24-cv-00003-ADS<br><br>ORDER TO SHOW CAUSE |

Based upon the Petition to Enforce Internal Revenue Service Summons, Memorandum of Points and Authorities, and supporting Declaration, the Court finds that Petitioner has established a *prima facie* case for judicial enforcement of the subject Internal Revenue Service (IRS) summonses.  See <u>United States v. Powell</u>, 379 U.S. 48, 57-58, 85 S.Ct. 248, 255, 13 L.Ed.2d 112, 119 (1964).

**IT IS ORDERED** that Respondents appear before this District Court of the United States for the Central District of California, at the following date, time, and address, to show cause why the production of books, papers, records, and other data demanded in the subject IRS summonses, specifically those documents and records set forth in Attachment 3, paragraphs 1 – 9, and 11, to the summonses should not be compelled:

**Date:**    February 14, 2024
**Time:**    10:00 a.m.
**Crtrm:**   6B, 6th Floor

Address:    ☒ Ronald Reagan Federal Building and United States Courthouse
411 West Fourth Street, Santa Ana, California 92701

**IT IS FURTHER ORDERED** that copies of the following documents be served on Respondents (a) by personal delivery, (b) by leaving a copy at Respondents' dwelling or usual place of abode with someone of suitable age and discretion who resides there, or (c) by certified mail:

1. This Order; and

2. The Petition, Memorandum of Points and Authorities, and accompanying Declaration.

Service may be made by any employee of the IRS or the United States Attorney's Office.

**IT IS FURTHER ORDERED** that within ten (10) days after service upon Respondents of the herein described documents, Respondents shall file and serve a written response, supported by appropriate sworn statements, as well as any desired motions. If, prior to the return date of this order, Respondents file a response with the Court stating that Respondents do not oppose the relief sought in the Petition, nor wish to make an appearance, then the appearance of Respondents at any hearing pursuant to this Order to Show Cause is excused, and Respondents shall comply with the summons within ten (10) days thereafter.

**IT IS FURTHER ORDERED** that all motions and issues raised by the pleadings will be considered on the return date of this Order. Only those issues raised by motion or brought into controversy by the responsive pleadings and supported by sworn statements filed within ten (10) days after service of the herein described documents will be considered by the Court. All allegations in the Petition not contested by such responsive pleadings or by sworn statements will be deemed admitted.

DATED: January 16, 2024

           /s/ Autumn D. Spaeth
           UNITED STATES MAGISTRATE JUDGE